# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jennifer Lea Long            Docket No. 7:06-CR-115-1

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jennifer Lea Long, who, upon an earlier plea of guilty to Conspiracy to Distribute More Than 500 Grams of Cocaine, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 4, 2007, to the custody of the Bureau of Prisons for a term of 80 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Jennifer Lea Long was released from custody on May 4, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The releasee has a lengthy history of substance abuse, which ultimately led to her involvement in the instant offense. Since her release, she has maintained sobriety but has indicated it would be beneficial to participate in a substance abuse treatment program. Participation in a mental health program would also assist Ms. Long with her adjustment back into the community. It is therefore recommended the releasee's conditions be modified to include both substance abuse and mental health treatment conditions.

The releasee signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jennifer Lea Long
Docket No. 7:06-CR-115-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

4. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

5. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: June 26, 2012

**ORDER OF COURT**

Considered and ordered this ____ day of _____, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge