UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Jennifer Lea Long**                                **Docket No. 7:06-CR-115-1BO**

### Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jennifer Lea Long, who, upon an earlier plea of guilty to Conspiracy to Distribute More Than 500 Grams of Cocaine in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on May 4, 2007, to the custody of the Bureau of Prisons for a term of 80 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jennifer Lea Long was released from custody on May 4, 2012, at which time the term of supervised release commenced.

On June 29, 2012, the court modified the releasee's conditions to include a mental health condition to assist her with her adjustment back into society.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 17, 2015, the releasee submitted to a random urinalysis which revealed positive results for marijuana. Upon questioning the releasee, she admitted to smoking marijuana socially with a friend after a stressful day. She appeared remorseful and stated it was a poor decision on her behalf and would never happen again.

The releasee is currently working with the film studios as a screen artist and lives with her son and mother. Other than this violation she has complied with her conditions of supervision. As a sanction for her behavior, it is recommended that her conditions be modified to include 24 hours of community service. She has been placed in the surprise urinalysis program to monitor any future drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Jennifer Lea Long
Docket No. 7:06-CR-115-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958

Phone: 910-679-2048

Executed On: May 19, 2015

### ORDER OF THE COURT

Considered and ordered this __19__ day of __May__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge