UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

**U.S.A. vs. Jennifer Lea Long**                      **Docket No. 7:06-CR-115-1BO**

**Petition for Action on Supervised Release**

COMES NOW Pamela O. Thornton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jennifer Lea Long, who, upon an earlier plea of guilty to Conspiracy to Distribute More Than 500 Grams of Cocaine in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on May 4, 2007, to the custody of the Bureau of Prisons for a term of 80 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jennifer Lea Long was released from custody on May 4, 2012, at which time the term of supervised release commenced.

On June 29, 2012, the court modified the releasee's conditions to include drug aftercare and mental health conditions to assist her with her adjustment back into society.

On May 19, 2015, the court was apprised the releasee had used marijuana. The court modified the releasee's conditions to include 24 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 29 and July 14, 2015, the releasee submitted to random urinalysis which revealed positive results for marijuana. Upon questioning the releasee, she admitted to smoking marijuana socially with a friend the weekend prior to June 29.

The releasee is currently working and lives with her young son and her mother. This is her second incident of marijuana use. Other than this violation she has complied with her conditions of supervision. The releasee was admonished for her poor decision making and told that she would benefit from participating in a cognitive behavioral treatment program (CBT). Ms. Long agreed to modify her supervision conditions to include participation in CBT. She will continue to be monitored for future drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2048
Executed On: July 31, 2015

### ORDER OF THE COURT

Considered and ordered this __31__ day of __July__, 2015 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge